# Exhibit "A"

0600
0022

RETURN TO:

**Leonard Starr, PBK0600PG0022**
119 W. Williamsburg Road
Sandston, Virginia 23150

Prepared by:
Everette A. Felts, Esq.
5663 S. Laburnum Avenue
Richmond, Virginia 23231
(804) 226-2635

$195,000.00 Is Exempt from Taxation.
Va Code §58.1-803D   DB 589/1060

GPIN: 20-56

THIS DEED OF TRUST, made this 1st day of July, 2011, by and between **JOHN A. TINSLEY, JR** and **REBECCA J. TINSLEY**, hereinafter referred to as "Grantor(s)," and **Leonard E. STARR, III**, of 119 W. Williamsburg Road, Sandston, Virginia 23150 and **Everette A. FELTS**, of 5663 S. Laburnum Avenue, Richmond, 23231 Virginia, hereinafter referred to as "Trustee(s)"; and Henry M. **DOWDY, SR**, Noteholder.

WITNESS:

That the said Grantors do hereby grant and convey with General Warranty unto the Trustees, either of whom is empowered to act, the following described property, to-wit:

See Schedule "A" attached hereto

IN TRUST TO SECURE the payment of a certain promissory note of even date herewith in the principal sum of ($211,000.00) with interest of 7.00%, made payable to Henry M. Dowdy, Sr. or order at such other place as the holder thereof may designated in writing.

TERMS: Interest at the rate of 7.00% percent per annum, 252 installments of $1,600.00 beginning on August 15, 2011 principal and interest with the remaining payments being due on the 15th day of each successive month until said loan is paid in full, with the final payment due April 15, 2032 in the amount of $2,664.13. Each payment shall be applied first to the payment of all accrued and unpaid interest and attorney fees and costs, if any. If payments are erratic in amount or in time, noteholder may elect at his option, to begin accruing interest and late charges from the dates and amounts of actual payments as received..

**NOTICE: THE DEBT SECURED HEREBY IS SUBJECT TO CALL IN FULL OR THE TERMS THEREOF BEING MODIFIED IN THE EVENT OF SALE OR CONVEYANCE OF THE PROPERTY CONVEYED.**

This deed is made under the provisions of §§ 59 and 60 of Title 55 of the Code of Virginia of 1950, as amended, and shall be construed to impose and convey upon the parties hereto and the beneficiary hereunder all of the duties, rights, and obligations prescribed in said sections, and in accordance with said statutes the following special provisions shall likewise

0600
0023

BK0600PG0023

Exemptions waived.
Renewal or extension permitted.
Insurance required:   At least $240,000.00

The right is reserved to anticipate in whole at any time, but not in parts.

There will be a late charge of ten percent (10%) on any payment that is five (5) calendar days late.

In the event either of the Trustees is unable to act or fails or refuses to act, then the other Trustee is empowered with full authority to act hereunder, for the purpose of making a release of this Deed of Trust, for foreclosure, or for any other necessitous purpose.

## Statement of Agreed Loan History

**July 1, 2008 $150,000.00** (1ˢᵗ Loan)
The original loan disbursement of $150,000.00 is evidenced, in part, by a Deed of Trust Note and accompanying Purchase Money Deed of Trust both dated July 1, 2008, in the amount of $150,000.00 recorded July 3, 2008, in the Clerk's Office of the Circuit Court of New Kent Count, Virginia, Instrument #080002531, Deed Book 530, Page 194.

**July 14, 2009 $20,000.00** (2ⁿᵈ Loan)
The Second Loan disbursement of $20,000.00 is evidenced, in part, by a Deed of Trust Note and accompanying Purchase Money Deed of Trust both dated July 14, 2009, in the amount of $20,000.00 recorded July 27, 2009, in the Clerk's Office of the Circuit Court of New Kent Count, Virginia, Instrument #090002876, Deed Book 554, Page 977.

**March 15, 2010 $35,000.00** (3ʳᵈ Loan)
The Third Loan disbursement of $35,000.00 is evidenced, in part, by a "Loan Modification Agreement" dated March 15, 2010, recorded March 16, 2010, in the Clerk's Office of the Circuit Court of New Kent Count, Virginia, Instrument #100000692, Deed Book 568, Page 514.

**April 15, 2011 Loan Modification**
A purported combined loan modification, in part, is evidenced by a "Loan Modification Agreement" dated April 15, 2011, recorded May 6, 2011, in the Clerk's Office of the Circuit Court of New Kent Count, Virginia, Instrument #110001250, Deed Book 589, Page 1060.

**ERROR AND ALTERATIONS**
The previously recited documentation and recordings contain errors and alterations and those errors coupled with irregular and erratic payments by the obligors have created a great deal of confusion; now the parties to clarify the principal balance owing and the modified terms of repayment as follows.

**THE NOW, COMPROMISE AGREED,** total principal balance as of July 1, 2011, is $211,000.00. That balance is to be amortized over 253 months at 7% interest per annum, with payments of $1,600.00 per month beginning on August 15, 2011, ... with a final payment of $2,664.13 due on August

0600
0024

BK0600PG0024

Grantors must pay all insurance premiums and real estate taxes when due in a timely manner, and provide the Noteholder proof and documentation of such payments within 10 days. Failure to either make the payments or provide the required proof and documentation to the Noteholder will be an event of default under the Note and this Deed of Trust allowing for calling the Note and foreclosure under the Deed of Trust..

WITNESS the following signature(s) and seal(s):

_____(SEAL)
John A. Tinsley, Jr.

_____(SEAL)
Rebecca J. Tinsley

Noteholder, executes this document to signify his agreement with the recitations and terms.

_____(SEAL)
Henry M. Dowdy, Sr., Noteholder

COMMONWEALTH OF VIRGINIA
COUNTY OF Henrico

The foregoing instrument was acknowledged before me this 14th day of December, 2011, by John A. Tinsley, Jr. and Rebecca J. Tinsley.

Gail Lang Adams
Notary Public
My Commission Expires: 10/31/2015
My Registration No. 337490

COMMONWEALTH OF VIRGINIA
COUNTY OF Henrico

The foregoing instrument was acknowledged before me this 15th day of December, 2011, by Henry M. Dowdy, Sr., Noteholder.

_____
Notary Public
My Commission Expires: 3-31-2013
My Registration No. 111533

0600
0025

BK0600PG0025

COMMONWEALTH OF VIRGINIA
COUNTY OF Henrico

    The foregoing instrument was acknowledged before me this 16th day of December, 2011, by John A. Tinsley, Jr..

*[Notary Seal: GAIL LANG ADAMS, NOTARY PUBLIC, REG #337490, MY COMMISSION EXPIRES 10/31/2015, COMMONWEALTH OF VIRGINIA]*

Gail Lang Adams
Notary Public
My Commission Expires: 10-31-2015
My Registration No. 337490

0600
0026

BK0600PG0026

### SCHEDULE "A"

ALL that certain lot, piece or parcel of land, with all of the improvements and appurtenances thereunto belonging, lying and being in the Black Creek Magisterial District, New Kent County, Virginia, known, numbered and designated as "Parcel A" containing 3.84 acres, and all as is shown on a plat of property situated east of Route No. 665 made by Engineering Design Associates, Consulting Engineers and Surveyors, dated August 9, 1994, recorded in the Clerk's Office, Circuit Court, New Kent County, Virginia in Plat Book 13, Page 68, and as further shown on a plat of survey made by Barthol Design Associates, dated May 7, 2008 a copy of which is recorded with the second easement herein after mentioned, and to which reference is hereby made to both plats for a more particular description of the property herein conveyed.

TOGETHER WITH AND SUBJECT TO an easement over and across Parcel "B" (T.M.# 20-55) as shown as an old road and gravel road on the above mentioned plat for ingress and egress over and across said parcel, as set forth in the Deed recorded in Deed Book 211, Page 143 of the aforesaid Clerk's Office.

ALSO TOGETHER WITH AND SUBJECT TO maintenance obligations and an easement over and across Tax Map Numbers 20-27A, 20-54G, and 20-55 as set forth in the Deed of Easement admitted to recorded in the Clerk's Office aforesaid in Deed Book 530, Page 182.

BEING the same real estate conveyed to John A. Tinsley, Jr. and Rebecca J. Tinsley by deed from James C. Jeter, dated June 3, 2008, recorded July 3, 2008, in the Clerk's Office, Circuit Court, New Kent County, Virginia, in Deed Book 530, Page 191.

GPIN/Map Number:    20 56

005

0600
0027

BK0600P60027

# EXHIBIT

Exhibit

0600
0028

BK0600PG0028

07/14/2011 10:06:45 AM Page 1

**Dowdy Tinsley $211,000.00**

Rate Period .................. : Monthly

Nominal Annual Rate .... : 7.000 %

CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Loan | 07/01/2011 | 211,000.00 | 1 | | |
| 2 Payment | 08/15/2011 | 1,600.00 | 252 | Monthly | 07/15/2032 |
| 3 Payment | 08/15/2032 | 2,664.13 | 1 | | |

AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

| | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Total |
|---|---|---|---|---|---|---|---|---|
| Loan | 07/01/2011 | | 0.00 | 0.00 | 0.00 | 0.00 | 211,000.00 | 211,000.00 |
| 1 | 08/15/2011 | 1,600.00 | 1,797.35 | 1,600.00 | 0.00 | 197.35 | 211,000.00 | 211,197.35 |
| 2 | 09/15/2011 | 1,600.00 | 1,230.83 | 1,428.18 | 171.82 | 0.00 | 210,828.18 | 210,828.18 |
| 3 | 10/15/2011 | 1,600.00 | 1,229.83 | 1,229.83 | 370.17 | 0.00 | 210,458.01 | 210,458.01 |
| 4 | 11/15/2011 | 1,600.00 | 1,227.67 | 1,227.67 | 372.33 | 0.00 | 210,085.68 | 210,085.68 |
| 5 | 12/15/2011 | 1,600.00 | 1,225.50 | 1,225.50 | 374.50 | 0.00 | 209,711.18 | 209,711.18 |
| 2011 Totals | | 8,000.00 | 6,711.18 | 6,711.18 | 1,288.82 | | | |
| 6 | 01/15/2012 | 1,600.00 | 1,223.32 | 1,223.32 | 376.68 | 0.00 | 209,334.50 | 209,334.50 |
| 7 | 02/15/2012 | 1,600.00 | 1,221.12 | 1,221.12 | 378.88 | 0.00 | 208,955.62 | 208,955.62 |
| 8 | 03/15/2012 | 1,600.00 | 1,218.91 | 1,218.91 | 381.09 | 0.00 | 208,574.53 | 208,574.53 |
| 9 | 04/15/2012 | 1,600.00 | 1,216.68 | 1,216.68 | 383.32 | 0.00 | 208,191.21 | 208,191.21 |
| 10 | 05/15/2012 | 1,600.00 | 1,214.45 | 1,214.45 | 385.55 | 0.00 | 207,805.66 | 207,805.66 |
| 11 | 06/15/2012 | 1,600.00 | 1,212.20 | 1,212.20 | 387.80 | 0.00 | 207,417.86 | 207,417.86 |
| 12 | 07/15/2012 | 1,600.00 | 1,209.94 | 1,209.94 | 390.06 | 0.00 | 207,027.80 | 207,027.80 |
| 13 | 08/15/2012 | 1,600.00 | 1,207.66 | 1,207.66 | 392.34 | 0.00 | 206,635.46 | 206,635.46 |
| 14 | 09/15/2012 | 1,600.00 | 1,205.37 | 1,205.37 | 394.63 | 0.00 | 206,240.83 | 206,240.83 |
| 15 | 10/15/2012 | 1,600.00 | 1,203.07 | 1,203.07 | 396.93 | 0.00 | 205,843.90 | 205,843.90 |
| 16 | 11/15/2012 | 1,600.00 | 1,200.76 | 1,200.76 | 399.24 | 0.00 | 205,444.66 | 205,444.66 |
| 17 | 12/15/2012 | 1,600.00 | 1,198.43 | 1,198.43 | 401.57 | 0.00 | 205,043.09 | 205,043.09 |
| 2012 Totals | | 19,200.00 | 14,531.91 | 14,531.91 | 4,668.09 | | | |
| 18 | 01/15/2013 | 1,600.00 | 1,196.08 | 1,196.08 | 403.92 | 0.00 | 204,639.17 | 204,639.17 |
| 19 | 02/15/2013 | 1,600.00 | 1,193.73 | 1,193.73 | 406.27 | 0.00 | 204,232.90 | 204,232.90 |
| 20 | 03/15/2013 | 1,600.00 | 1,191.36 | 1,191.36 | 408.64 | 0.00 | 203,824.26 | 203,824.26 |
| 21 | 04/15/2013 | 1,600.00 | 1,188.97 | 1,188.97 | 411.03 | 0.00 | 203,413.23 | 203,413.23 |
| 22 | 05/15/2013 | 1,600.00 | 1,186.58 | 1,186.58 | 413.42 | 0.00 | 202,999.81 | 202,999.81 |
| 23 | 06/15/2013 | 1,600.00 | 1,184.17 | 1,184.17 | 415.83 | 0.00 | 202,583.98 | 202,583.98 |
| 24 | 07/15/2013 | 1,600.00 | 1,181.74 | 1,181.74 | 418.26 | 0.00 | 202,165.72 | 202,165.72 |
| 25 | 08/15/2013 | 1,600.00 | 1,179.30 | 1,179.30 | 420.70 | 0.00 | 201,745.02 | 201,745.02 |
| 26 | 09/15/2013 | 1,600.00 | 1,176.85 | 1,176.85 | 423.15 | 0.00 | 201,321.87 | 201,321.87 |
| 27 | 10/15/2013 | 1,600.00 | 1,174.38 | 1,174.38 | 425.62 | 0.00 | 200,896.25 | 200,896.25 |
| 28 | 11/15/2013 | 1,600.00 | 1,171.89 | 1,171.89 | 428.11 | 0.00 | 200,468.14 | 200,468.14 |
| 29 | 12/15/2013 | 1,600.00 | 1,169.40 | 1,169.40 | 430.60 | 0.00 | 200,037.54 | 200,037.54 |
| 2013 Totals | | 19,200.00 | 14,194.45 | 14,194.45 | 5,005.55 | | | |

0600
0029

BK0600PG0029    07/14/2011 10:06:45 AM    Page 2

Dowdy Tinsley $211,000.00

| | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | Interest | Balance Due Principal | Total |
|---|---|---|---|---|---|---|---|---|
| 33 | 04/15/2014 | 1,600.00 | 1,159.26 | 1,159.26 | 440.74 | 0.00 | 198,289.87 | 198,289.87 |
| 34 | 05/15/2014 | 1,600.00 | 1,156.69 | 1,156.69 | 443.31 | 0.00 | 197,846.56 | 197,846.56 |
| 35 | 06/15/2014 | 1,600.00 | 1,154.10 | 1,154.10 | 445.90 | 0.00 | 197,400.66 | 197,400.66 |
| 36 | 07/15/2014 | 1,600.00 | 1,151.50 | 1,151.50 | 448.50 | 0.00 | 196,952.16 | 196,952.16 |
| 37 | 08/15/2014 | 1,600.00 | 1,148.89 | 1,148.89 | 451.11 | 0.00 | 196,501.05 | 196,501.05 |
| 38 | 09/15/2014 | 1,600.00 | 1,146.26 | 1,146.26 | 453.74 | 0.00 | 196,047.31 | 196,047.31 |
| 39 | 10/15/2014 | 1,600.00 | 1,143.61 | 1,143.61 | 456.39 | 0.00 | 195,590.92 | 195,590.92 |
| 40 | 11/15/2014 | 1,600.00 | 1,140.95 | 1,140.95 | 459.05 | 0.00 | 195,131.87 | 195,131.87 |
| 41 | 12/15/2014 | 1,600.00 | 1,138.27 | 1,138.27 | 461.73 | 0.00 | 194,670.14 | 194,670.14 |
| 2014 Totals | | 19,200.00 | 13,832.60 | 13,832.60 | 5,367.40 | | | |
| 42 | 01/15/2015 | 1,600.00 | 1,135.58 | 1,135.58 | 464.42 | 0.00 | 194,205.72 | 194,205.72 |
| 43 | 02/15/2015 | 1,600.00 | 1,132.87 | 1,132.87 | 467.13 | 0.00 | 193,738.59 | 193,738.59 |
| 44 | 03/15/2015 | 1,600.00 | 1,130.14 | 1,130.14 | 469.86 | 0.00 | 193,268.73 | 193,268.73 |
| 45 | 04/15/2015 | 1,600.00 | 1,127.40 | 1,127.40 | 472.60 | 0.00 | 192,796.13 | 192,796.13 |
| 46 | 05/15/2015 | 1,600.00 | 1,124.64 | 1,124.64 | 475.36 | 0.00 | 192,320.77 | 192,320.77 |
| 47 | 06/15/2015 | 1,600.00 | 1,121.87 | 1,121.87 | 478.13 | 0.00 | 191,842.64 | 191,842.64 |
| 48 | 07/15/2015 | 1,600.00 | 1,119.08 | 1,119.08 | 480.92 | 0.00 | 191,361.72 | 191,361.72 |
| 49 | 08/15/2015 | 1,600.00 | 1,116.28 | 1,116.28 | 483.72 | 0.00 | 190,878.00 | 190,878.00 |
| 50 | 09/15/2015 | 1,600.00 | 1,113.46 | 1,113.46 | 486.54 | 0.00 | 190,391.46 | 190,391.46 |
| 51 | 10/15/2015 | 1,600.00 | 1,110.62 | 1,110.62 | 489.38 | 0.00 | 189,902.08 | 189,902.08 |
| 52 | 11/15/2015 | 1,600.00 | 1,107.76 | 1,107.76 | 492.24 | 0.00 | 189,409.84 | 189,409.84 |
| 53 | 12/15/2015 | 1,600.00 | 1,104.89 | 1,104.89 | 495.11 | 0.00 | 188,914.73 | 188,914.73 |
| 2015 Totals | | 19,200.00 | 13,444.59 | 13,444.59 | 5,755.41 | | | |
| 54 | 01/15/2016 | 1,600.00 | 1,102.00 | 1,102.00 | 498.00 | 0.00 | 188,416.73 | 188,416.73 |
| 55 | 02/15/2016 | 1,600.00 | 1,099.10 | 1,099.10 | 500.90 | 0.00 | 187,915.83 | 187,915.83 |
| 56 | 03/15/2016 | 1,600.00 | 1,096.18 | 1,096.18 | 503.82 | 0.00 | 187,412.01 | 187,412.01 |
| 57 | 04/15/2016 | 1,600.00 | 1,093.24 | 1,093.24 | 506.76 | 0.00 | 186,905.25 | 186,905.25 |
| 58 | 05/15/2016 | 1,600.00 | 1,090.28 | 1,090.28 | 509.72 | 0.00 | 186,395.53 | 186,395.53 |
| 59 | 06/15/2016 | 1,600.00 | 1,087.31 | 1,087.31 | 512.69 | 0.00 | 185,882.84 | 185,882.84 |
| 60 | 07/15/2016 | 1,600.00 | 1,084.32 | 1,084.32 | 515.68 | 0.00 | 185,367.16 | 185,367.16 |
| 61 | 08/15/2016 | 1,600.00 | 1,081.31 | 1,081.31 | 518.69 | 0.00 | 184,848.47 | 184,848.47 |
| 62 | 09/15/2016 | 1,600.00 | 1,078.28 | 1,078.28 | 521.72 | 0.00 | 184,326.75 | 184,326.75 |
| 63 | 10/15/2016 | 1,600.00 | 1,075.24 | 1,075.24 | 524.76 | 0.00 | 183,801.99 | 183,801.99 |
| 64 | 11/15/2016 | 1,600.00 | 1,072.18 | 1,072.18 | 527.82 | 0.00 | 183,274.17 | 183,274.17 |
| 65 | 12/15/2016 | 1,600.00 | 1,069.10 | 1,069.10 | 530.90 | 0.00 | 182,743.27 | 182,743.27 |
| 2016 Totals | | 19,200.00 | 13,028.54 | 13,028.54 | 6,171.46 | | | |
| 66 | 01/15/2017 | 1,600.00 | 1,066.00 | 1,066.00 | 534.00 | 0.00 | 182,209.27 | 182,209.27 |
| 67 | 02/15/2017 | 1,600.00 | 1,062.89 | 1,062.89 | 537.11 | 0.00 | 181,672.16 | 181,672.16 |
| 68 | 03/15/2017 | 1,600.00 | 1,059.75 | 1,059.75 | 540.25 | 0.00 | 181,131.91 | 181,131.91 |
| 69 | 04/15/2017 | 1,600.00 | 1,056.60 | 1,056.60 | 543.40 | 0.00 | 180,588.51 | 180,588.51 |
| 70 | 05/15/2017 | 1,600.00 | 1,053.43 | 1,053.43 | 546.57 | 0.00 | 180,041.94 | 180,041.94 |
| 71 | 06/15/2017 | 1,600.00 | 1,050.24 | 1,050.24 | 549.76 | 0.00 | 179,492.18 | 179,492.18 |
| 72 | 07/15/2017 | 1,600.00 | 1,047.04 | 1,047.04 | 552.96 | 0.00 | 178,939.22 | 178,939.22 |
| 73 | 08/15/2017 | 1,600.00 | 1,043.81 | 1,043.81 | 556.19 | 0.00 | 178,383.03 | 178,383.03 |
| 74 | 09/15/2017 | 1,600.00 | 1,040.57 | 1,040.57 | 559.43 | 0.00 | 177,823.60 | 177,823.60 |
| 75 | 10/15/2017 | 1,600.00 | 1,037.30 | 1,037.30 | 562.70 | 0.00 | 177,260.90 | 177,260.90 |
| 76 | 11/15/2017 | 1,600.00 | 1,034.02 | 1,034.02 | 565.98 | 0.00 | 176,694.92 | 176,694.92 |
| — | —/—/2017 | 1,600.00 | 1,030.72 | 1,030.72 | 569.28 | 0.00 | 176,125.64 | 176,125.64 |

0600
0030                  BK0600PG0030                           07/14/2011 10:06:45 AM  Page 3

Dowdy Tinsley $211,000.00

| # | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Total |
|---|---|---|---|---|---|---|---|---|
| 78 | 01/15/2018 | 1,600.00 | 1,027.40 | 1,027.40 | 572.60 | 0.00 | 175,553.04 | 175,553.04 |
| 79 | 02/15/2018 | 1,600.00 | 1,024.06 | 1,024.06 | 575.94 | 0.00 | 174,977.10 | 174,977.10 |
| 80 | 03/15/2018 | 1,600.00 | 1,020.70 | 1,020.70 | 579.30 | 0.00 | 174,397.80 | 174,397.80 |
| 81 | 04/15/2018 | 1,600.00 | 1,017.32 | 1,017.32 | 582.68 | 0.00 | 173,815.12 | 173,815.12 |
| 82 | 05/15/2018 | 1,600.00 | 1,013.92 | 1,013.92 | 586.08 | 0.00 | 173,229.04 | 173,229.04 |
| 83 | 06/15/2018 | 1,600.00 | 1,010.50 | 1,010.50 | 589.50 | 0.00 | 172,639.54 | 172,639.54 |
| 84 | 07/15/2018 | 1,600.00 | 1,007.06 | 1,007.06 | 592.94 | 0.00 | 172,046.60 | 172,046.60 |
| 85 | 08/15/2018 | 1,600.00 | 1,003.61 | 1,003.61 | 596.39 | 0.00 | 171,450.21 | 171,450.21 |
| 86 | 09/15/2018 | 1,600.00 | 1,000.13 | 1,000.13 | 599.87 | 0.00 | 170,850.34 | 170,850.34 |
| 87 | 10/15/2018 | 1,600.00 | 996.63 | 996.63 | 603.37 | 0.00 | 170,246.97 | 170,246.97 |
| 88 | 11/15/2018 | 1,600.00 | 993.11 | 993.11 | 606.89 | 0.00 | 169,640.08 | 169,640.08 |
| 89 | 12/15/2018 | 1,600.00 | 989.57 | 989.57 | 610.43 | 0.00 | 169,029.65 | 169,029.65 |
| 2018 Totals | | 19,200.00 | 12,104.01 | 12,104.01 | 7,095.99 | | | |
| 90 | 01/15/2019 | 1,600.00 | 986.01 | 986.01 | 613.99 | 0.00 | 168,415.66 | 168,415.66 |
| 91 | 02/15/2019 | 1,600.00 | 982.42 | 982.42 | 617.58 | 0.00 | 167,798.08 | 167,798.08 |
| 92 | 03/15/2019 | 1,600.00 | 978.82 | 978.82 | 621.18 | 0.00 | 167,176.90 | 167,176.90 |
| 93 | 04/15/2019 | 1,600.00 | 975.20 | 975.20 | 624.80 | 0.00 | 166,552.10 | 166,552.10 |
| 94 | 05/15/2019 | 1,600.00 | 971.55 | 971.55 | 628.45 | 0.00 | 165,923.65 | 165,923.65 |
| 95 | 06/15/2019 | 1,600.00 | 967.89 | 967.89 | 632.11 | 0.00 | 165,291.54 | 165,291.54 |
| 96 | 07/15/2019 | 1,600.00 | 964.20 | 964.20 | 635.80 | 0.00 | 164,655.74 | 164,655.74 |
| 97 | 08/15/2019 | 1,600.00 | 960.49 | 960.49 | 639.51 | 0.00 | 164,016.23 | 164,016.23 |
| 98 | 09/15/2019 | 1,600.00 | 956.76 | 956.76 | 643.24 | 0.00 | 163,372.99 | 163,372.99 |
| 99 | 10/15/2019 | 1,600.00 | 953.01 | 953.01 | 646.99 | 0.00 | 162,726.00 | 162,726.00 |
| 100 | 11/15/2019 | 1,600.00 | 949.24 | 949.24 | 650.76 | 0.00 | 162,075.24 | 162,075.24 |
| 101 | 12/15/2019 | 1,600.00 | 945.44 | 945.44 | 654.56 | 0.00 | 161,420.68 | 161,420.68 |
| 2019 Totals | | 19,200.00 | 11,591.03 | 11,591.03 | 7,608.97 | | | |
| 102 | 01/15/2020 | 1,600.00 | 941.62 | 941.62 | 658.38 | 0.00 | 160,762.30 | 160,762.30 |
| 103 | 02/15/2020 | 1,600.00 | 937.78 | 937.78 | 662.22 | 0.00 | 160,100.08 | 160,100.08 |
| 104 | 03/15/2020 | 1,600.00 | 933.92 | 933.92 | 666.08 | 0.00 | 159,434.00 | 159,434.00 |
| 105 | 04/15/2020 | 1,600.00 | 930.03 | 930.03 | 669.97 | 0.00 | 158,764.03 | 158,764.03 |
| 106 | 05/15/2020 | 1,600.00 | 926.12 | 926.12 | 673.88 | 0.00 | 158,090.15 | 158,090.15 |
| 107 | 06/15/2020 | 1,600.00 | 922.19 | 922.19 | 677.81 | 0.00 | 157,412.34 | 157,412.34 |
| 108 | 07/15/2020 | 1,600.00 | 918.24 | 918.24 | 681.76 | 0.00 | 156,730.58 | 156,730.58 |
| 109 | 08/15/2020 | 1,600.00 | 914.26 | 914.26 | 685.74 | 0.00 | 156,044.84 | 156,044.84 |
| 110 | 09/15/2020 | 1,600.00 | 910.26 | 910.26 | 689.74 | 0.00 | 155,355.10 | 155,355.10 |
| 111 | 10/15/2020 | 1,600.00 | 906.24 | 906.24 | 693.76 | 0.00 | 154,661.34 | 154,661.34 |
| 112 | 11/15/2020 | 1,600.00 | 902.19 | 902.19 | 697.81 | 0.00 | 153,963.53 | 153,963.53 |
| 113 | 12/15/2020 | 1,600.00 | 898.12 | 898.12 | 701.88 | 0.00 | 153,261.65 | 153,261.65 |
| 2020 Totals | | 19,200.00 | 11,040.97 | 11,040.97 | 8,159.03 | | | |
| 114 | 01/15/2021 | 1,600.00 | 894.03 | 894.03 | 705.97 | 0.00 | 152,555.68 | 152,555.68 |
| 115 | 02/15/2021 | 1,600.00 | 889.91 | 889.91 | 710.09 | 0.00 | 151,845.59 | 151,845.59 |
| 116 | 03/15/2021 | 1,600.00 | 885.77 | 885.77 | 714.23 | 0.00 | 151,131.36 | 151,131.36 |
| 117 | 04/15/2021 | 1,600.00 | 881.60 | 881.60 | 718.40 | 0.00 | 150,412.96 | 150,412.96 |
| 118 | 05/15/2021 | 1,600.00 | 877.41 | 877.41 | 722.59 | 0.00 | 149,690.37 | 149,690.37 |
| 119 | 06/15/2021 | 1,600.00 | 873.19 | 873.19 | 726.81 | 0.00 | 148,963.56 | 148,963.56 |
| 120 | 07/15/2021 | 1,600.00 | 868.95 | 868.95 | 731.05 | 0.00 | 148,232.51 | 148,232.51 |
| 121 | 08/15/2021 | 1,600.00 | 864.69 | 864.69 | 735.31 | 0.00 | 147,497.20 | 147,497.20 |
| ... | ........ | 1,600.00 | 860.40 | 860.40 | 739.60 | 0.00 | 146,757.60 | 146,757.60 |

0600
0031

BK0600PG0031

07/14/2011 10:06:45 AM Page 4

Dowdy Tinsley $211,000.00

| | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Total |
|---|---|---|---|---|---|---|---|---|
| 125 | 12/15/2021 | 1,600.00 | 847.38 | 847.38 | 752.62 | 0.00 | 144,512.82 | 144,512.82 |
| 2021 Totals | | 19,200.00 | 10,451.17 | 10,451.17 | 8,748.83 | | | |
| 126 | 01/15/2022 | 1,600.00 | 842.99 | 842.99 | 757.01 | 0.00 | 143,755.81 | 143,755.81 |
| 127 | 02/15/2022 | 1,600.00 | 838.58 | 838.58 | 761.42 | 0.00 | 142,994.39 | 142,994.39 |
| 128 | 03/15/2022 | 1,600.00 | 834.13 | 834.13 | 765.87 | 0.00 | 142,228.52 | 142,228.52 |
| 129 | 04/15/2022 | 1,600.00 | 829.67 | 829.67 | 770.33 | 0.00 | 141,458.19 | 141,458.19 |
| 130 | 05/15/2022 | 1,600.00 | 825.17 | 825.17 | 774.83 | 0.00 | 140,683.36 | 140,683.36 |
| 131 | 06/15/2022 | 1,600.00 | 820.65 | 820.65 | 779.35 | 0.00 | 139,904.01 | 139,904.01 |
| 132 | 07/15/2022 | 1,600.00 | 816.11 | 816.11 | 783.89 | 0.00 | 139,120.12 | 139,120.12 |
| 133 | 08/15/2022 | 1,600.00 | 811.53 | 811.53 | 788.47 | 0.00 | 138,331.65 | 138,331.65 |
| 134 | 09/15/2022 | 1,600.00 | 806.93 | 806.93 | 793.07 | 0.00 | 137,538.58 | 137,538.58 |
| 135 | 10/15/2022 | 1,600.00 | 802.31 | 802.31 | 797.69 | 0.00 | 136,740.89 | 136,740.89 |
| 136 | 11/15/2022 | 1,600.00 | 797.66 | 797.66 | 802.34 | 0.00 | 135,938.55 | 135,938.55 |
| 137 | 12/15/2022 | 1,600.00 | 792.97 | 792.97 | 807.03 | 0.00 | 135,131.52 | 135,131.52 |
| 2022 Totals | | 19,200.00 | 9,818.70 | 9,818.70 | 9,381.30 | | | |
| 138 | 01/15/2023 | 1,600.00 | 788.27 | 788.27 | 811.73 | 0.00 | 134,319.79 | 134,319.79 |
| 139 | 02/15/2023 | 1,600.00 | 783.53 | 783.53 | 816.47 | 0.00 | 133,503.32 | 133,503.32 |
| 140 | 03/15/2023 | 1,600.00 | 778.77 | 778.77 | 821.23 | 0.00 | 132,682.09 | 132,682.09 |
| 141 | 04/15/2023 | 1,600.00 | 773.98 | 773.98 | 826.02 | 0.00 | 131,856.07 | 131,856.07 |
| 142 | 05/15/2023 | 1,600.00 | 769.16 | 769.16 | 830.84 | 0.00 | 131,025.23 | 131,025.23 |
| 143 | 06/15/2023 | 1,600.00 | 764.31 | 764.31 | 835.69 | 0.00 | 130,189.54 | 130,189.54 |
| 144 | 07/15/2023 | 1,600.00 | 759.44 | 759.44 | 840.56 | 0.00 | 129,348.98 | 129,348.98 |
| 145 | 08/15/2023 | 1,600.00 | 754.54 | 754.54 | 845.46 | 0.00 | 128,503.52 | 128,503.52 |
| 146 | 09/15/2023 | 1,600.00 | 749.60 | 749.60 | 850.40 | 0.00 | 127,653.12 | 127,653.12 |
| 147 | 10/15/2023 | 1,600.00 | 744.64 | 744.64 | 855.36 | 0.00 | 126,797.76 | 126,797.76 |
| 148 | 11/15/2023 | 1,600.00 | 739.65 | 739.65 | 860.35 | 0.00 | 125,937.41 | 125,937.41 |
| 149 | 12/15/2023 | 1,600.00 | 734.63 | 734.63 | 865.37 | 0.00 | 125,072.04 | 125,072.04 |
| 2023 Totals | | 19,200.00 | 9,140.52 | 9,140.52 | 10,059.48 | | | |
| 150 | 01/15/2024 | 1,600.00 | 729.59 | 729.59 | 870.41 | 0.00 | 124,201.63 | 124,201.63 |
| 151 | 02/15/2024 | 1,600.00 | 724.51 | 724.51 | 875.49 | 0.00 | 123,326.14 | 123,326.14 |
| 152 | 03/15/2024 | 1,600.00 | 719.40 | 719.40 | 880.60 | 0.00 | 122,445.54 | 122,445.54 |
| 153 | 04/15/2024 | 1,600.00 | 714.27 | 714.27 | 885.73 | 0.00 | 121,559.81 | 121,559.81 |
| 154 | 05/15/2024 | 1,600.00 | 709.10 | 709.10 | 890.90 | 0.00 | 120,668.91 | 120,668.91 |
| 155 | 06/15/2024 | 1,600.00 | 703.90 | 703.90 | 896.10 | 0.00 | 119,772.81 | 119,772.81 |
| 156 | 07/15/2024 | 1,600.00 | 698.67 | 698.67 | 901.33 | 0.00 | 118,871.48 | 118,871.48 |
| 157 | 08/15/2024 | 1,600.00 | 693.42 | 693.42 | 906.58 | 0.00 | 117,964.90 | 117,964.90 |
| 158 | 09/15/2024 | 1,600.00 | 688.13 | 688.13 | 911.87 | 0.00 | 117,053.03 | 117,053.03 |
| 159 | 10/15/2024 | 1,600.00 | 682.81 | 682.81 | 917.19 | 0.00 | 116,135.84 | 116,135.84 |
| 160 | 11/15/2024 | 1,600.00 | 677.46 | 677.46 | 922.54 | 0.00 | 115,213.30 | 115,213.30 |
| 161 | 12/15/2024 | 1,600.00 | 672.08 | 672.08 | 927.92 | 0.00 | 114,285.38 | 114,285.38 |
| 2024 Totals | | 19,200.00 | 8,413.34 | 8,413.34 | 10,786.66 | | | |
| 162 | 01/15/2025 | 1,600.00 | 666.66 | 666.66 | 933.34 | 0.00 | 113,352.04 | 113,352.04 |
| 163 | 02/15/2025 | 1,600.00 | 661.22 | 661.22 | 938.78 | 0.00 | 112,413.26 | 112,413.26 |
| 164 | 03/15/2025 | 1,600.00 | 655.74 | 655.74 | 944.26 | 0.00 | 111,469.00 | 111,469.00 |
| 165 | 04/15/2025 | 1,600.00 | 650.24 | 650.24 | 949.76 | 0.00 | 110,519.24 | 110,519.24 |
| 166 | 05/15/2025 | 1,600.00 | 644.70 | 644.70 | 955.30 | 0.00 | 109,563.94 | 109,563.94 |
| 167 | 06/15/2025 | 1,600.00 | 639.12 | 639.12 | 960.88 | 0.00 | 108,603.06 | 108,603.06 |

0600
0032

BK0600PG0032

07/14/2011 10:06:45 AM Page 5

Dowdy Tinsley $211,000.00

| | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Total |
|---|---|---|---|---|---|---|---|---|
| 170 | 09/15/2025 | 1,600.00 | 622.21 | 622.21 | 977.79 | 0.00 | 105,686.67 | 105,686.67 |
| 171 | 10/15/2025 | 1,600.00 | 616.51 | 616.51 | 983.49 | 0.00 | 104,703.18 | 104,703.18 |
| 172 | 11/15/2025 | 1,600.00 | 610.77 | 610.77 | 989.23 | 0.00 | 103,713.95 | 103,713.95 |
| 173 | 12/15/2025 | 1,600.00 | 605.00 | 605.00 | 995.00 | 0.00 | 102,718.95 | 102,718.95 |
| 2025 Totals | | 19,200.00 | 7,633.57 | 7,633.57 | 11,566.43 | | | |
| 174 | 01/15/2026 | 1,600.00 | 599.19 | 599.19 | 1,000.81 | 0.00 | 101,718.14 | 101,718.14 |
| 175 | 02/15/2026 | 1,600.00 | 593.36 | 593.36 | 1,006.64 | 0.00 | 100,711.50 | 100,711.50 |
| 176 | 03/15/2026 | 1,600.00 | 587.48 | 587.48 | 1,012.52 | 0.00 | 99,698.98 | 99,698.98 |
| 177 | 04/15/2026 | 1,600.00 | 581.58 | 581.58 | 1,018.42 | 0.00 | 98,680.56 | 98,680.56 |
| 178 | 05/15/2026 | 1,600.00 | 575.64 | 575.64 | 1,024.36 | 0.00 | 97,656.20 | 97,656.20 |
| 179 | 06/15/2026 | 1,600.00 | 569.66 | 569.66 | 1,030.34 | 0.00 | 96,625.86 | 96,625.86 |
| 180 | 07/15/2026 | 1,600.00 | 563.65 | 563.65 | 1,036.35 | 0.00 | 95,589.51 | 95,589.51 |
| 181 | 08/15/2026 | 1,600.00 | 557.61 | 557.61 | 1,042.39 | 0.00 | 94,547.12 | 94,547.12 |
| 182 | 09/15/2026 | 1,600.00 | 551.52 | 551.52 | 1,048.48 | 0.00 | 93,498.64 | 93,498.64 |
| 183 | 10/15/2026 | 1,600.00 | 545.41 | 545.41 | 1,054.59 | 0.00 | 92,444.05 | 92,444.05 |
| 184 | 11/15/2026 | 1,600.00 | 539.26 | 539.26 | 1,060.74 | 0.00 | 91,383.31 | 91,383.31 |
| 185 | 12/15/2026 | 1,600.00 | 533.07 | 533.07 | 1,066.93 | 0.00 | 90,316.38 | 90,316.38 |
| 2026 Totals | | 19,200.00 | 6,797.43 | 6,797.43 | 12,402.57 | | | |
| 186 | 01/15/2027 | 1,600.00 | 526.85 | 526.85 | 1,073.15 | 0.00 | 89,243.23 | 89,243.23 |
| 187 | 02/15/2027 | 1,600.00 | 520.59 | 520.59 | 1,079.41 | 0.00 | 88,163.82 | 88,163.82 |
| 188 | 03/15/2027 | 1,600.00 | 514.29 | 514.29 | 1,085.71 | 0.00 | 87,078.11 | 87,078.11 |
| 189 | 04/15/2027 | 1,600.00 | 507.96 | 507.96 | 1,092.04 | 0.00 | 85,986.07 | 85,986.07 |
| 190 | 05/15/2027 | 1,600.00 | 501.59 | 501.59 | 1,098.41 | 0.00 | 84,887.66 | 84,887.66 |
| 191 | 06/15/2027 | 1,600.00 | 495.18 | 495.18 | 1,104.82 | 0.00 | 83,782.84 | 83,782.84 |
| 192 | 07/15/2027 | 1,600.00 | 488.73 | 488.73 | 1,111.27 | 0.00 | 82,671.57 | 82,671.57 |
| 193 | 08/15/2027 | 1,600.00 | 482.25 | 482.25 | 1,117.75 | 0.00 | 81,553.82 | 81,553.82 |
| 194 | 09/15/2027 | 1,600.00 | 475.73 | 475.73 | 1,124.27 | 0.00 | 80,429.55 | 80,429.55 |
| 195 | 10/15/2027 | 1,600.00 | 469.17 | 469.17 | 1,130.83 | 0.00 | 79,298.72 | 79,298.72 |
| 196 | 11/15/2027 | 1,600.00 | 462.58 | 462.58 | 1,137.42 | 0.00 | 78,161.30 | 78,161.30 |
| 197 | 12/15/2027 | 1,600.00 | 455.94 | 455.94 | 1,144.06 | 0.00 | 77,017.24 | 77,017.24 |
| 2027 Totals | | 19,200.00 | 5,900.86 | 5,900.86 | 13,299.14 | | | |
| 198 | 01/15/2028 | 1,600.00 | 449.27 | 449.27 | 1,150.73 | 0.00 | 75,866.51 | 75,866.51 |
| 199 | 02/15/2028 | 1,600.00 | 442.55 | 442.55 | 1,157.45 | 0.00 | 74,709.06 | 74,709.06 |
| 200 | 03/15/2028 | 1,600.00 | 435.80 | 435.80 | 1,164.20 | 0.00 | 73,544.86 | 73,544.86 |
| 201 | 04/15/2028 | 1,600.00 | 429.01 | 429.01 | 1,170.99 | 0.00 | 72,373.87 | 72,373.87 |
| 202 | 05/15/2028 | 1,600.00 | 422.18 | 422.18 | 1,177.82 | 0.00 | 71,196.05 | 71,196.05 |
| 203 | 06/15/2028 | 1,600.00 | 415.31 | 415.31 | 1,184.69 | 0.00 | 70,011.36 | 70,011.36 |
| 204 | 07/15/2028 | 1,600.00 | 408.40 | 408.40 | 1,191.60 | 0.00 | 68,819.76 | 68,819.76 |
| 205 | 08/15/2028 | 1,600.00 | 401.45 | 401.45 | 1,198.55 | 0.00 | 67,621.21 | 67,621.21 |
| 206 | 09/15/2028 | 1,600.00 | 394.46 | 394.46 | 1,205.54 | 0.00 | 66,415.67 | 66,415.67 |
| 207 | 10/15/2028 | 1,600.00 | 387.42 | 387.42 | 1,212.58 | 0.00 | 65,203.09 | 65,203.09 |
| 208 | 11/15/2028 | 1,600.00 | 380.35 | 380.35 | 1,219.65 | 0.00 | 63,983.44 | 63,983.44 |
| 209 | 12/15/2028 | 1,600.00 | 373.24 | 373.24 | 1,226.76 | 0.00 | 62,756.68 | 62,756.68 |
| 2028 Totals | | 19,200.00 | 4,939.44 | 4,939.44 | 14,260.56 | | | |
| 210 | 01/15/2029 | 1,600.00 | 366.08 | 366.08 | 1,233.92 | 0.00 | 61,522.76 | 61,522.76 |
| 211 | 02/15/2029 | 1,600.00 | 358.88 | 358.88 | 1,241.12 | 0.00 | 60,281.64 | 60,281.64 |
| 212 | 03/15/2029 | 1,600.00 | 351.64 | 351.64 | 1,248.36 | 0.00 | 59,033.28 | 59,033.28 |
| 213 | 04/15/2029 | 1,600.00 | 344.36 | 344.36 | 1,255.64 | 0.00 | 57,777.64 | 57,777.64 |
| 214 | 05/15/2029 | 1,600.00 | 337.04 | 337.04 | 1,262.96 | 0.00 | 56,514.68 | 56,514.68 |

011



0600
0033                    BK0600PG0033                    07/14/2011 10:06:45 AM  Page 6

Dowdy Tinsley $211,000.00

|  | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | Interest | Balance Due Principal | Total |
|---|---|---|---|---|---|---|---|---|
| 215 | 06/15/2029 | 1,600.00 | 329.67 | 329.67 | 1,270.33 | 0.00 | 55,244.35 | 55,244.35 |
| 216 | 07/15/2029 | 1,600.00 | 322.26 | 322.26 | 1,277.74 | 0.00 | 53,966.61 | 53,966.61 |
| 217 | 08/15/2029 | 1,600.00 | 314.81 | 314.81 | 1,285.19 | 0.00 | 52,681.42 | 52,681.42 |
| 218 | 09/15/2029 | 1,600.00 | 307.31 | 307.31 | 1,292.69 | 0.00 | 51,388.73 | 51,388.73 |
| 219 | 10/15/2029 | 1,600.00 | 299.77 | 299.77 | 1,300.23 | 0.00 | 50,088.50 | 50,088.50 |
| 220 | 11/15/2029 | 1,600.00 | 292.18 | 292.18 | 1,307.82 | 0.00 | 48,780.68 | 48,780.68 |
| 221 | 12/15/2029 | 1,600.00 | 284.55 | 284.55 | 1,315.45 | 0.00 | 47,465.23 | 47,465.23 |
| 2029 Totals | | 19,200.00 | 3,908.55 | 3,908.55 | 15,291.45 | | | |
| 222 | 01/15/2030 | 1,600.00 | 276.88 | 276.88 | 1,323.12 | 0.00 | 46,142.11 | 46,142.11 |
| 223 | 02/15/2030 | 1,600.00 | 269.16 | 269.16 | 1,330.84 | 0.00 | 44,811.27 | 44,811.27 |
| 224 | 03/15/2030 | 1,600.00 | 261.40 | 261.40 | 1,338.60 | 0.00 | 43,472.67 | 43,472.67 |
| 225 | 04/15/2030 | 1,600.00 | 253.59 | 253.59 | 1,346.41 | 0.00 | 42,126.26 | 42,126.26 |
| 226 | 05/15/2030 | 1,600.00 | 245.74 | 245.74 | 1,354.26 | 0.00 | 40,772.00 | 40,772.00 |
| 227 | 06/15/2030 | 1,600.00 | 237.84 | 237.84 | 1,362.16 | 0.00 | 39,409.84 | 39,409.84 |
| 228 | 07/15/2030 | 1,600.00 | 229.89 | 229.89 | 1,370.11 | 0.00 | 38,039.73 | 38,039.73 |
| 229 | 08/15/2030 | 1,600.00 | 221.90 | 221.90 | 1,378.10 | 0.00 | 36,661.63 | 36,661.63 |
| 230 | 09/15/2030 | 1,600.00 | 213.86 | 213.86 | 1,386.14 | 0.00 | 35,275.49 | 35,275.49 |
| 231 | 10/15/2030 | 1,600.00 | 205.77 | 205.77 | 1,394.23 | 0.00 | 33,881.26 | 33,881.26 |
| 232 | 11/15/2030 | 1,600.00 | 197.64 | 197.64 | 1,402.36 | 0.00 | 32,478.90 | 32,478.90 |
| 233 | 12/15/2030 | 1,600.00 | 189.46 | 189.46 | 1,410.54 | 0.00 | 31,068.36 | 31,068.36 |
| 2030 Totals | | 19,200.00 | 2,803.13 | 2,803.13 | 16,396.87 | | | |
| 234 | 01/15/2031 | 1,600.00 | 181.23 | 181.23 | 1,418.77 | 0.00 | 29,649.59 | 29,649.59 |
| 235 | 02/15/2031 | 1,600.00 | 172.96 | 172.96 | 1,427.04 | 0.00 | 28,222.55 | 28,222.55 |
| 236 | 03/15/2031 | 1,600.00 | 164.63 | 164.63 | 1,435.37 | 0.00 | 26,787.18 | 26,787.18 |
| 237 | 04/15/2031 | 1,600.00 | 156.26 | 156.26 | 1,443.74 | 0.00 | 25,343.44 | 25,343.44 |
| 238 | 05/15/2031 | 1,600.00 | 147.84 | 147.84 | 1,452.16 | 0.00 | 23,891.28 | 23,891.28 |
| 239 | 06/15/2031 | 1,600.00 | 139.37 | 139.37 | 1,460.63 | 0.00 | 22,430.65 | 22,430.65 |
| 240 | 07/15/2031 | 1,600.00 | 130.85 | 130.85 | 1,469.15 | 0.00 | 20,961.50 | 20,961.50 |
| 241 | 08/15/2031 | 1,600.00 | 122.28 | 122.28 | 1,477.72 | 0.00 | 19,483.78 | 19,483.78 |
| 242 | 09/15/2031 | 1,600.00 | 113.66 | 113.66 | 1,486.34 | 0.00 | 17,997.44 | 17,997.44 |
| 243 | 10/15/2031 | 1,600.00 | 104.99 | 104.99 | 1,495.01 | 0.00 | 16,502.43 | 16,502.43 |
| 244 | 11/15/2031 | 1,600.00 | 96.26 | 96.26 | 1,503.74 | 0.00 | 14,998.69 | 14,998.69 |
| 245 | 12/15/2031 | 1,600.00 | 87.49 | 87.49 | 1,512.51 | 0.00 | 13,486.18 | 13,486.18 |
| 2031 Totals | | 19,200.00 | 1,617.82 | 1,617.82 | 17,582.18 | | | |
| 246 | 01/15/2032 | 1,600.00 | 78.67 | 78.67 | 1,521.33 | 0.00 | 11,964.85 | 11,964.85 |
| 247 | 02/15/2032 | 1,600.00 | 69.79 | 69.79 | 1,530.21 | 0.00 | 10,434.64 | 10,434.64 |
| 248 | 03/15/2032 | 1,600.00 | 60.87 | 60.87 | 1,539.13 | 0.00 | 8,895.51 | 8,895.51 |
| 249 | 04/15/2032 | 1,600.00 | 51.89 | 51.89 | 1,548.11 | 0.00 | 7,347.40 | 7,347.40 |
| 250 | 05/15/2032 | 1,600.00 | 42.86 | 42.86 | 1,557.14 | 0.00 | 5,790.26 | 5,790.26 |
| 251 | 06/15/2032 | 1,600.00 | 33.78 | 33.78 | 1,566.22 | 0.00 | 4,224.04 | 4,224.04 |
| 252 | 07/15/2032 | 1,600.00 | 24.64 | 24.64 | 1,575.36 | 0.00 | 2,648.68 | 2,648.68 |
| 253 | 08/15/2032 | 2,664.13 | 15.45 | 15.45 | 2,648.68 | 0.00 | 0.00 | 0.00 |
| 2032 Totals | | 13,864.13 | 377.95 | 377.95 | 13,486.18 | | | |
| Grand Totals | | 405,864.13 | 194,864.13 | 194,864.13 | 211,000.00 | | | |

INSTRUMENT #110003258
RECORDED IN THE CLERK'S OFFICE OF
NEW KENT COUNTY ON
DECEMBER 20, 2011 AT 12:56PM

KAREN A. BUTLER, CLERK
RECORDED BY: TMK

012